AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Diana Patricia Santillana Galeano

Petitioner

v.

Immigrations and Customs Enforcement and Removal Operations Chicago Field Office Director, Samuel Olson

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Diana Patricia Santillana Galeano
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Immigration and Customs Enforcement - Chicago Field Office
   (b) Address: 101 W Ida B Wells Dr. Chicago, IL 60605
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☑ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:  Immigration and Customs Enforcement - Chicago Field Office

   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Petitioner was detained without a warrant in violation of the consent decree in Castanon Nava v. DHS
   and in violation of his 4th and 5th amendment rights.

   (d) Date of the decision or action: _____

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:
ICE has not issued a Notice to Appear to commence removal proceedings. There is no decision to appeal or method to seek an administrative remedy.

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ❏ Yes          ❏ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ❏ Yes          ❏ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❐ Yes                ❐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❐ Yes            ❐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❐ Yes            ❐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☑ Yes      ☐ No   note: this involves an immigration matter, but removal proceedings have not commenced

    If "Yes," provide:

    (a)    Date you were taken into immigration custody:

    (b)    Date of the removal or reinstatement order:   N/A

    (c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes         ☑ No Removal proceedings have not commenced nor is there a final order from an Immigration Judge, so it is hence not possible to file an appeal with the Board of Immigration Appeals.

        If "Yes," provide:

        (1) Date of filing:

        (2) Case number:

        (3) Result:

        (4) Date of result:

        (5) Issues raised:

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes         ☑ No

        If "Yes," provide:

        (1) Name of court:

        (2) Date of filing:

        (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result:

  (5) Date of result:

  (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes  ☑ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:

    (b) Name of the authority, agency, or court:

    (c) Date of filing:

    (d) Docket number, case number, or opinion number:

    (e) Result:

    (f) Date of result:

    (g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**:

    The Respondents' interpretation of the mandatory detention provision at 8 U.S.C. § 1225(b)(2) which they are using to detain Petitioner is in violation of the INA, and her ongoing detention is hence unlawful.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Respondent was apprehended in the interior of the U.S. after residing in the United States for over two years. The mandatory detention provision does not apply to individuals in this posture.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☑ No *(no appeal available)*

**GROUND TWO**:

Respondents' unlawful detention of Petitioner without a bond redetermination hearing to determine whether she is a flight risk or danger to others violates her Due Process rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Based on information currently available, it is believed Petitioner entered the country without inspection and lived in the United States for over two years before being detained. She is currently being denied a fundamental interest in liberty and in being free from official restraint.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE**:

Based on information currently available, Respondent detained Petitioner unlawfully in violation of the consent decree is Castanon Nava v. DHS (No. 18-cv-3757).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Based on information currently available, Respondent was arrested without a warrant in Chicago, IL.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?
❏ Yes          ❏ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15.  State exactly what you want the court to do:

(1) Enjoin Respondents from moving Petitioner outside the states of Illinois, Indiana, and Wisconsin, and (2) order Respondents to immediately release Petitioner from immigration custody or, in the alternative, order Respondent to schedule a bond redetermination hearing before the Immigration Court within 5 days.

Respectfully submitted,


By: /s/ Naiara F. Testai

Naiara F. Testai

ARDC# 632768
Hughes Socol Piers Resnick & Dym
70 W Madison St, Ste 4000
Chicago, IL 60602
Phone/fax: 312-604-2748
Email: ntestai@hsplegal.com
ATTORNEY FOR PETITIONER